| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Matthew** <br> First name <br><br> **James** <br> Middle name <br><br> **Walker** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4781 | |

Debtor 1  **Matthew James Walker**                                              Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5. Where you live** | **3150 W Twain Ave., #651**<br>**Las Vegas, NV 89103**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1   **Matthew James Walker**                                  Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District       When | Case number, if known |
| Debtor | Relationship to you |
| District       When | Case number, if known |

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1     **Matthew James Walker**                                                    Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  **Matthew James Walker**                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):**

15. **Tell the court whether you have received a briefing about credit counseling.**

   The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

   If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

   Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

   Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

   To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

   Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
   If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

   Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
      I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
      My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
      I am currently on active military duty in a military combat zone.

   If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

   Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

   Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

   To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

   Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

   If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

   Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

   ☐ **Incapacity.**
      I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
      My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
      I am currently on active military duty in a military combat zone.

   If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Matthew James Walker**  Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Matthew James Walker

**Matthew James Walker**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **October 10, 2023**
MM / DD / YYYY

Executed on
MM / DD / YYYY

Debtor 1    **Matthew James Walker**                                         Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Boris Avramski, Esq.**                                    Date    **October 10, 2023**
Signature of Attorney for Debtor                                        MM / DD / YYYY

**Boris Avramski, Esq. 11350**
Printed name

**Marathon Law Group, PLLC**
Firm name

**2012 Hamilton Ln**
**Las Vegas, NV 89106**
Number, Street, City, State & ZIP Code

Contact phone   **702-522-1808**                Email address    **boris@marathonlawgroup.com**

**11350 NV**
Bar number & State

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 7

Matthew James Walker
3150 W Twain Ave., #651
Las Vegas, NV 89103

Boris Avramski, Esq.
Marathon Law Group, PLLC
2012 Hamilton Ln
Las Vegas, NV 89106

Alexander Vargas
1065 E Flamingo Rd
Unit 911
Las Vegas, NV 89119

Aloha Pacific Federal Credit Union
Acct No xx4294
832 South Hotel Street
Honolulu, HI 96813

America First Credit U
Acct No xxxxxxxxxxxxxxxxxxxx0108
1344 West 4675 South
Ogden, UT 84409

America First Credit U
Acct No xxxxxxxxxxxxxxxxxxxx0108
1344 West 4675 South
Ogden, UT 84409

American First Credit Union
Acct No xxxxxxxxxxxxxxxxxxxx0130
Attn: Bankruptcy
Po Box 9199
Ogden, UT 84409

American First Credit Union
Acct No xxxxxxxxxxxxx1112
Attn: Bankruptcy
Po Box 9199
Ogden, UT 84409

Andrew Murray
170 S. Green Valley Pkwy.
Ste. 300
Henderson, NV 89012

C T Corporation System
Acct No xxxxxxxxxxxxx1244
c/o NV Energy, Inc.
701 S. Carson St.
Ste. 200
Carson City, NV 89701

Caine & Weiner
Acct No xxxx9652
Attn: Bankruptcy
5805 Sepulveda Blvd 4th Floor
Sherman Oaks, CA 91411

Capital One
Acct No xxxxxxxxxxxx9363
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

CeAnna Owens
5155 Golden Ln
Las Vegas, NV 89119

Chase Card Services
Acct No xxxxxxxxxxxx3274
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chi Chia Yin
15514 Bridgeton St
Howard Beach, NY 11414

Chrysler Capital
Acct No xxxxxxxxxxxxx1000
Po Box 961211
Fort Worth, TX 76161

Chrysler Capital
Acct No xxxxxxxxxxxxx1000
Po Box 961211
Fort Worth, TX 76161

Citibank/Sears
Acct No xxxxxxxxxxxx7186
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

Corporation Service Company
Acct No xxxxxxxxxxxx5076
c/o LVNV Funding, LLC
112 N. Curry St.
Carson City, NV 89703

Corporation Service Company
Acct No 035083914
c/o Credence Resource Management, LLC
112 N. Curry St.
Carson City, NV 89703

```
Credence Resource Management, LLC
Acct No xxxxx3914
PO Box 2300
Southgate, MI 48195-4300

Credit Collection Services
Acct No xxxxxxx8653
725 Canton St
Norwood, MA 02062

Damascus Enterprises LLC
1150 Glenview Dr
Fullerton, CA 92835

Diamond Valley Honda
300 Carriage Cir.
Hemet, CA 92545

DSRM Nat Bank/Valero
Acct No xxxxxxxx0000
Attn: Bankruptcy
Po Box 696000
San Antonio, TX 78260

Ecredable
Acct No xxxxxxxxxxxxxx3078
5755 N Point Pkwy
Alpharetta, GA 30022

Ecredable
Acct No xxxxxxxxxxxxxx4191
5755 N Point Pkwy
Alpharetta, GA 30022

Ecredable
Acct No xxxxxxxxxxxxxx1569
5755 N Point Pkwy
Alpharetta, GA 30022

Ecredable
Acct No xxxxxxxxxx3914
5755 N Point Pkwy
Alpharetta, GA 30022

Ecredable
Acct No xxxxxxxxxxxxxx1244
5755 N Point Pkwy
Alpharetta, GA 30022

Ecredable
Acct No xxxxxxxxxxxxxx8354
5755 N Point Pkwy
Alpharetta, GA 30022
```

```
Ecredable
Acct No xxxxxxxxxxxxx4167
5755 N Point Pkwy
Alpharetta, GA 30022

Ecredable
Acct No xxxxxxxxxxxxx4175
5755 N Point Pkwy
Alpharetta, GA 30022

Ecredable
Acct No xxxxxxxxxxxxx2724
5755 N Point Pkwy
Alpharetta, GA 30022

Erin O'Donnell
5169 Gray Ln.
Unit E
Las Vegas, NV 89119

Exeter Finance LLC
Acct No xxxxxxxxxxxx1001
Attn: Bankruptcy
Po Box 166008
Irving, TX 75016

Financial Assistance, Inc
Acct No xxx2206
Attn: Bankruptcy
1130 140th Ave Ne, Ste 100a
Bellevue, WA 98005

Financial Assistance, Inc
Acct No xxx2357
Attn: Bankruptcy
1130 140th Ave Ne, Ste 100a
Bellevue, WA 98005

First Entertainment Credit Union
Acct No xxxxxxxxxxxx0800
Attn: Bankruptcy
Po Box 100
Hollywood, CA 90078

Fountainhead SBF LLC
Acct No xxxxxx8606
3216 W. Lake Mary Blvd.
Lake Mary, FL 32746

Frances Hutchins
5082 E Olive Ave
Fresno, CA 93727
```

Fresno County DA
Acct No xxxxxxx2001
Po Box 12946
Fresno, CA 93779

Giselle Fernandez
5155 Golden Ln
Las Vegas, NV 89119

Harley Davidson Financial
Acct No xxxxxxxxxx4686
Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721

Hyundai Motor Finance
Acct No xxxxxxxxxx2677
Attn: Bankruptcy
Po Box 20829
Fountain Valley, CA 92728

J.P. Morgan Chase
PO Box15298
Wilmington, DE 19850-5298

Jason Schaefer
990 N. Logan St.
Apt. 608
Denver, CO 80203

John Cross
5169 Gray Ln.
Unit E
Las Vegas, NV 89119

John Gantner
805 N. Milwaukee Ave.
Dwight, IL 60420

Jon Ernst
5196 Gray Ln
Apt. D
Las Vegas, NV 89119

Jose Irizarry
5215 Gray Ln
Apt. B
Las Vegas, NV 89119

Joseph Geller, Esq.
Acct No 18C026637
Waddell Serafino Geary Rechner Jenevein
4000 S. Eastern Ave.
Ste. 340
Las Vegas, NV 89119

```
Keith Walker
303 W 5th St
Apt. 2906
Austin, TX 78701

Levelcredit
Acct No xxx865E
Attn: Bnakruptcy
4601 Excelsior Boulevard #503
Minneapolis, MN 55416

Levelcredit
Acct No xxx863C
Attn: Bnakruptcy
4601 Excelsior Boulevard #503
Minneapolis, MN 55416

Lvnv Funding/Resurgent Capital
Acct No xxxxxxxxxxxx5076
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Mark Marsaiq
3432 Marlee Way
Rocklin, CA 95677

Markita Coles
366 Bald Eagle Way
Riverdale, GA 30274

Mountain America Credit Union
Acct No xxxxxxxx0600
Attn: Bankruptcy
9800 S Monroe St
Sandy, UT 84070

Mountain America Fcu
Acct No xxxxxx5451
Attn: Bankruptcy
9800 S Monroe St
Sandy, UT 84070

Mountain America Fcu
Acct No xxxxxxxx0704
Attn: Bankruptcy
9800 S Monroe St
Sandy, UT 84070

Navy FCU
Acct No xxxxxxxxxxxx7130
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119
```

```
Navy Federal Cr Union
Acct No xxxxxxxxxxxxx7130
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Nazanin Subat
11824 Oxnard St
North Hollywood, CA 91606

Nelson Arnold Beltran Uribe
5196 Gray Ln
Apt. D
Las Vegas, NV 89119

NV Energy
Acct No xxxxxxxxxxxxxx1244
6226 West Sahara Ave
Las Vegas, NV 89146

One Nevada Credit Union
Acct No xxxxxxxxx0021
Attn: Bankruptcy
2645 S Mojave Rd
Las Vegas, NV 89121

One Nevada Credit Union
Acct No xxxxxxxxx0020
Attn: Bankruptcy
2645 S Mojave Rd
Las Vegas, NV 89121

Paul R. Graff, Esq.
Acct No xxxxx0296
Cory Reade Dows & Shafer
1333 N. Buffalo Dr.
Ste. 210
Las Vegas, NV 89128

Radius Global Solutions
Acct No xxx-xxxxx2137
c/o Galaxy International Purchasing, LLC
P.O. Box 390846
Minneapolis, MN 55439

Radius Global Solutions
Acct No 005-F48652137
7831 Glenroy Rd
Ste. 250
Minneapolis, MN 55439
```

Rent Track, Inc
Acct No xx8214
Attn: Bankruptcy
4601 Excelsior Blvd Ste 503
Saint Louis Park, MN 55416

Scott Peters
3348 Pine Hill Rd
South Lake Tahoe, CA 96150

Silver State Schools CU
Acct No xxxxxx0001
Attn: Bankruptcy
Po Box 12037
Las Vegas, NV 89112

Silver State Schools CU
Acct No xxxxxx0800
Attn: Bankruptcy
Po Box 12037
Las Vegas, NV 89112

Silver State Schools CU
Acct No xxxxxx0301
Attn: Bankruptcy
Po Box 12037
Las Vegas, NV 89112

Silver State Schools CU
Acct No xxxxxx0300
Attn: Bankruptcy
Po Box 12037
Las Vegas, NV 89112

Southwest Credit
4120 International Parkway
Suite 1100
Carrollton, TX 75007

Susan K. Owens
5155 Golden Ln
Las Vegas, NV 89119

Synchrony Bank/Care Credit
Acct No xxxxxxxxxxx1407
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Chevron
Acct No xxxxxxxxxxx4537
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

```
Tasia Sutfin
7985 Gilespie Street
Las Vegas, NV 89123

The Pala Group
c/o Herbert Huand and Vanessa Huang
8685 W. Sahara Ave.
Ste. 240
Las Vegas, NV 89117

The Pala Group
c/o J Iceton
8685 W. Sahara Ave.
Ste. 240
Las Vegas, NV 89117

The Pala Group
c/o Robert Babbage III
8685 W. Sahara Ave.
Ste. 240
Las Vegas, NV 89117

The Pala Group
c/o Dongil, LLC
8685 W. Sahara Ave.
Ste. 240
Las Vegas, NV 89117

The Pala Group
c/o Timothy Kwak
8685 W. Sahara Ave.
Ste. 240
Las Vegas, NV 89117

The Pala Group
c/o Robert Babbage
8685 W. Sahara Ave.
Ste. 240
Las Vegas, NV 89117

Theresa Caple
6222 W York Ct
Wichita, KS 67215

Timothy Kwak
5900 W. Bromley Ave
Unit 1
Las Vegas, NV 89107

Toyota Financial Services
Acct No xxxxxxxxxxxxx0001
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025
```

```
Toyota Financial Services
Acct No xxxxxxxxxxxx0001
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025

Toyota Motor Credit Corp/Mazda Financial
Acct No xxxxxx1390
Attn: Bankruptcy
6565 Headquarters Dr
Plano, TX 75024

Twain Apartment Venture d/b/a Jade
3150 W. Twain Ave.
Las Vegas, NV 89103

Twain Apartment Venture d/b/a Jade
3150 W. Twain Ave.
Las Vegas, NV 89103

Twain Apartments Venture LP, d/b/a  Jade
PO BOX 3687
Coppell, TX 75019

Victor Hart
366 Bald Eagle Way
Riverdale, GA 30274

Wells Fargo Dealer Services
Acct No xxxxxxxx1761
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607

Wells Fargo NA
Overdraft Collection and Recovery
PO Box 5058
Portland, OR 97208-5058

West USA Realty Flagstaff
c/o Sayumi De Silva
2500 S. Woodlands Village Blvd.
Flagstaff, AZ 86001

Williams & Fudge, Inc.
Acct No xxxxx3914
P.O. Box 11590
Rock Hill, SC 29731

Zack Nounou
6865 Tamarus St.
Apt. 102
Las Vegas, NV 89119
```