United States Bankruptcy Court
District of Nevada

In re:  Case No. 23-14427-abl
MATTHEW JAMES WALKER  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 5
Date Rcvd: Oct 20, 2023      Form ID: odeter      Total Noticed: 91

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MATTHEW JAMES WALKER, 3150 W TWAIN AVE., #651, LAS VEGAS, NV 89103-1926 |
| 12095216 | + | Alexander Vargas, 1065 E Flamingo Rd, Unit 911, Las Vegas, NV 89119-7438 |
| 12095222 | + | Andrew Murray, 170 S. Green Valley Pkwy., Ste. 300, Henderson, NV 89012-3145 |
| 12095223 | + | C T Corporation System, Acct No xxxxxxxxxxxxxx1244, c/o NV Energy, Inc., 701 S. Carson St., Ste. 200 Carson City, NV 89701-5239 |
| 12095226 | + | CeAnna Owens, 5155 Golden Ln, Las Vegas, NV 89119-1767 |
| 12095228 | + | Chi Chia Yin, 15514 Bridgeton St, Howard Beach, NY 11414-2808 |
| 12095233 | + | Corporation Service Company, Acct No 035083914, c/o Credence Resource Management, LLC, 112 N. Curry St., Carson City, NV 89703-4934 |
| 12095232 | + | Corporation Service Company, Acct No xxxxxxxxxxxx5076, c/o LVNV Funding, LLC, 112 N. Curry St., Carson City, NV 89703-4934 |
| 12095236 | + | Damascus Enterprises LLC, 1150 Glenview Dr, Fullerton, CA 92835-4033 |
| 12095237 | + | Diamond Valley Honda, 300 Carriage Cir., Hemet, CA 92545-9618 |
| 12095242 | + | Ecredable, Acct No xxxxxxxxxx3914, 5755 N Point Pkwy, Alpharetta, GA 30022-1142 |
| 12095243 | + | Ecredable, Acct No xxxxxxxxxxxxxx1244, 5755 N Point Pkwy, Alpharetta, GA 30022-1142 |
| 12095241 | + | Ecredable, Acct No xxxxxxxxxxxxxx1569, 5755 N Point Pkwy, Alpharetta, GA 30022-1142 |
| 12095247 | + | Ecredable, Acct No xxxxxxxxxxxxxx2724, 5755 N Point Pkwy, Alpharetta, GA 30022-1142 |
| 12095239 | + | Ecredable, Acct No xxxxxxxxxxxxxx3078, 5755 N Point Pkwy, Alpharetta, GA 30022-1142 |
| 12095245 | + | Ecredable, Acct No xxxxxxxxxxxxxx4167, 5755 N Point Pkwy, Alpharetta, GA 30022-1142 |
| 12095246 | + | Ecredable, Acct No xxxxxxxxxxxxxx4175, 5755 N Point Pkwy, Alpharetta, GA 30022-1142 |
| 12095240 | + | Ecredable, Acct No xxxxxxxxxxxxxx4191, 5755 N Point Pkwy, Alpharetta, GA 30022-1142 |
| 12095244 | + | Ecredable, Acct No xxxxxxxxxxxxxx8354, 5755 N Point Pkwy, Alpharetta, GA 30022-1142 |
| 12095248 | | Erin O'Donnell, 5169 Gray Ln., Unit E, Las Vegas, NV 89119 |
| 12095252 | + | First Entertainment Credit Union, Acct No xxxxxxxxxxxxx0800, Attn: Bankruptcy, Po Box 100, Hollywood, CA 90078-0100 |
| 12095253 | + | Fountainhead SBF LLC, Acct No xxxxxx8606, 3216 W. Lake Mary Blvd., Lake Mary, FL 32746-3491 |
| 12095254 | + | Frances Hutchins, 5082 E Olive Ave, Fresno, CA 93727-2420 |
| 12095255 | + | Fresno County DA, Acct No xxxxxxx2001, Po Box 12946, Fresno, CA 93779-2946 |
| 12095256 | + | Giselle Fernandez, 5155 Golden Ln, Las Vegas, NV 89119-1767 |
| 12095260 | + | Jason Schaefer, 990 N. Logan St., Apt. 608, Denver, CO 80203-3027 |
| 12095261 | | John Cross, 5169 Gray Ln., Unit E, Las Vegas, NV 89119 |
| 12095262 | | John Gantner, 805 N. Milwaukee Ave., Dwight, IL 60420 |
| 12095263 | + | Jon Ernst, 5196 Gray Ln, Apt. D, Las Vegas, NV 89119-1730 |
| 12095265 | + | Joseph Geller, Esq., Acct No 18C026637, Waddell Serafino Geary Rechner Jenevein, 4000 S. Eastern Ave., Ste. 340 Las Vegas, NV 89119-0826 |
| 12095266 | + | Keith Walker, 303 W 5th St, Apt. 2906, Austin, TX 78701-0117 |
| 12095270 | + | Mark Marsaiq, 3432 Marlee Way, Rocklin, CA 95677-4701 |
| 12095271 | + | Markita Coles, 366 Bald Eagle Way, Riverdale, GA 30274-1408 |
| 12095277 | + | Nazanin Subat, 11824 Oxnard St, North Hollywood, CA 91606-4705 |
| 12095278 | + | Nelson Arnold Beltran Uribe, 5196 Gray Ln, Apt. D, Las Vegas, NV 89119-1730 |
| 12104356 | + | P.ROWLAND GRAFF, ESQ., CORY READE DOWS & SHAFER, 1333 NORTH BUFFALO DRIVE, SUITE 210, LAS VEGAS, NV 89128-3636 |
| 12095282 | + | Paul R. Graff, Esq., Acct No xxxxx0296, Cory Reade Dows & Shafer, 1333 N. Buffalo Dr., Ste. 210 Las Vegas, NV 89128-3636 |
| 12095285 | + | Rent Track, Inc, Acct No xx8214, Attn: Bankruptcy, 4601 Excelsior Blvd Ste 503, Saint Louis Park, MN 55416-4977 |
| 12095286 | + | Scott Peters, 3348 Pine Hill Rd, South Lake Tahoe, CA 96150-8702 |
| 12095292 | + | Susan K. Owens, 5155 Golden Ln, Las Vegas, NV 89119-1767 |
| 12095295 | + | Tasia Sutfin, 7985 Gilespie Street, Las Vegas, NV 89123-1719 |

| District/off: 0978-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: odeter | Total Noticed: 91 |

| | | |
|---|---|---|
| 12095302 | + | Theresa Caple, 6222 W York Ct, Wichita, KS 67215-1802 |
| 12095303 | + | Timothy Kwak, 5900 W. Bromley Ave, Unit 1, Las Vegas, NV 89107-1577 |
| 12095306 | + | Toyota Motor Credit Corp/Mazda Financial, Acct No xxxxxx1390, Attn: Bankruptcy, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 12095307 | + | Twain Apartment Venture d/b/a Jade, 3150 W. Twain Ave., Las Vegas, NV 89103-1914 |
| 12095309 | + | Twain Apartments Venture LP, d/b/a Jade, PO BOX 3687, Coppell, TX 75019-4296 |
| 12095310 | + | Victor Hart, 366 Bald Eagle Way, Riverdale, GA 30274-1408 |
| 12095313 | + | West USA Realty Flagstaff, c/o Sayumi De Silva, 2500 S. Woodlands Village Blvd., Flagstaff, AZ 86001-6367 |
| 12095315 | + | Zack Nounou, 6865 Tamarus St., Apt. 102, Las Vegas, NV 89119-0389 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12095217 | + | Email/Text: recovery@alohapacific.com | Oct 21 2023 00:30:00 | Aloha Pacific Federal Credit Union, Acct No xx4294, 832 South Hotel Street, Honolulu, HI 96813-2573 |
| 12095218 | + | Email/Text: e-bankruptcy@americafirst.com | Oct 21 2023 00:30:00 | America First Credit U, Acct No xxxxxxxxxxxxxxxxxxxx0108, 1344 West 4675 South, Ogden, UT 84405-3690 |
| 12095221 | + | Email/Text: e-bankruptcy@americafirst.com | Oct 21 2023 00:30:00 | American First Credit Union, Acct No xxxxxxxxxxxxxx1112, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12095220 | + | Email/Text: e-bankruptcy@americafirst.com | Oct 21 2023 00:30:00 | American First Credit Union, Acct No xxxxxxxxxxxxxxxxxxxx0130, Attn: Bankruptcy, Po Box 9199, Ogden, UT 84409-0199 |
| 12095224 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 21 2023 00:30:00 | Caine & Weiner, Acct No xxxx9652, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 12095225 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2023 01:06:16 | Capital One, Acct No xxxxxxxxxxxx9363, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12095229 | ^ | MEBN | Oct 21 2023 00:24:22 | Chrysler Capital, Acct No xxxxxxxxxxxxx1000, Po Box 961211, Fort Worth, TX 76161-0211 |
| 12095231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2023 01:28:54 | Citibank/Sears, Acct No xxxxxxxxxxxx7186, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 12095234 | | Email/Text: bankruptcy@credencerm.com | Oct 21 2023 00:30:00 | Credence Resource Management, LLC, Acct No xxxxx3914, PO Box 2300, Southgate, MI 48195-4300 |
| 12095235 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 21 2023 00:30:00 | Credit Collection Services, Acct No xxxxxxx8653, 725 Canton St, Norwood, MA 02062-2609 |
| 12095238 | ^ | MEBN | Oct 21 2023 00:24:21 | DSRM Nat Bank/Valero, Acct No xxxxxxxx0000, Attn: Bankruptcy, Po Box 696000, San Antonio, TX 78269-6000 |
| 12095249 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 21 2023 00:42:58 | Exeter Finance LLC, Acct No xxxxxxxxxxxx1001, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 12095250 | | Email/Text: mhassan@faicollect.com | Oct 21 2023 00:29:00 | Financial Assistance, Inc, Acct No xxx2206, Attn: Bankruptcy, 1130 140th Ave Ne, Ste 100a, Bellevue, WA 98005 |
| 12095251 | | Email/Text: mhassan@faicollect.com | Oct 21 2023 00:29:00 | Financial Assistance, Inc, Acct No xxx2357, Attn: Bankruptcy, 1130 140th Ave Ne, Ste 100a, Bellevue, WA 98005 |
| 12095257 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 21 2023 00:30:00 | Harley Davidson Financial, Acct No xxxxxxxxxx4686, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 12095258 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 21 2023 00:30:00 | Hyundai Motor Finance, Acct No |

| | | | | |
|---|---|---|---|---|
| | | | | xxxxxxxxxx2677, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 12095227 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 21 2023 00:43:28 | Chase Card Services, Acct No xxxxxxxxxxxx3274, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 12095259 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 21 2023 01:06:29 | J.P. Morgan Chase, PO Box15298, Wilmington, DE 19850-5298 |
| 12095268 | ^ | MEBN | Oct 21 2023 00:24:30 | Levelcredit, Acct No xxx863C, Attn: Bnakruptcy, 4601 Excelsior Boulevard #503, Minneapolis, MN 55416-4977 |
| 12095267 | ^ | MEBN | Oct 21 2023 00:24:31 | Levelcredit, Acct No xxx865E, Attn: Bnakruptcy, 4601 Excelsior Boulevard #503, Minneapolis, MN 55416-4977 |
| 12095269 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2023 00:42:52 | Lvnv Funding/Resurgent Capital, Acct No xxxxxxxxxxxx5076, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 12095272 | + | Email/Text: clarson@macu.com | Oct 21 2023 00:30:00 | Mountain America Credit Union, Acct No xxxxxxxx0600, Attn: Bankruptcy, 9800 S Monroe St, Sandy, UT 84070-4419 |
| 12095273 | + | Email/Text: clarson@macu.com | Oct 21 2023 00:30:00 | Mountain America Fcu, Acct No xxxxxx5451, Attn: Bankruptcy, 9800 S Monroe St, Sandy, UT 84070-4419 |
| 12095274 | + | Email/Text: clarson@macu.com | Oct 21 2023 00:30:00 | Mountain America Fcu, Acct No xxxxxxxx0704, Attn: Bankruptcy, 9800 S Monroe St, Sandy, UT 84070-4419 |
| 12095279 | + | Email/Text: _DLBankruptcyDept@nvenergy.com | Oct 21 2023 00:30:00 | NV Energy, Acct No xxxxxxxxxxxxxxx1244, 6226 West Sahara Ave, Las Vegas, NV 89146-3060 |
| 12095275 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 21 2023 00:30:00 | Navy FCU, Acct No xxxxxxxxxxxxx7130, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 12095276 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 21 2023 00:30:00 | Navy Federal Cr Union, Acct No xxxxxxxxxxxxx7130, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 12095281 | | Email/Text: bankruptcynotices@onenevada.org | Oct 21 2023 00:29:00 | One Nevada Credit Union, Acct No xxxxxxxxxx0020, Attn: Bankruptcy, 2645 S Mojave Rd, Las Vegas, NV 89121 |
| 12095280 | | Email/Text: bankruptcynotices@onenevada.org | Oct 21 2023 00:29:00 | One Nevada Credit Union, Acct No xxxxxxxxxx0021, Attn: Bankruptcy, 2645 S Mojave Rd, Las Vegas, NV 89121 |
| 12095283 | + | Email/Text: ngisupport@radiusgs.com | Oct 21 2023 00:30:00 | Radius Global Solutions, Acct No xxx-xxxxx2137, c/o Galaxy International Purchasing, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 12095284 | + | Email/Text: ngisupport@radiusgs.com | Oct 21 2023 00:30:00 | Radius Global Solutions, Acct No 005-F48652137, 7831 Glenroy Rd, Ste. 250, Minneapolis, MN 55439-3117 |
| 12095287 | + | Email/Text: bankruptcy@silverstatecu.com | Oct 21 2023 00:30:00 | Silver State Schools CU, Acct No xxxxxx0001, Attn: Bankruptcy, Po Box 12037, Las Vegas, NV 89112-0037 |
| 12095290 | + | Email/Text: bankruptcy@silverstatecu.com | Oct 21 2023 00:30:00 | Silver State Schools CU, Acct No xxxxxx0300, Attn: Bankruptcy, Po Box 12037, Las Vegas, NV 89112-0037 |
| 12095289 | + | Email/Text: bankruptcy@silverstatecu.com | Oct 21 2023 00:30:00 | Silver State Schools CU, Acct No xxxxxx0301, Attn: Bankruptcy, Po Box 12037, Las Vegas, NV 89112-0037 |
| 12095288 | + | Email/Text: bankruptcy@silverstatecu.com | Oct 21 2023 00:30:00 | Silver State Schools CU, Acct No xxxxxx0800, Attn: Bankruptcy, Po Box 12037, Las Vegas, NV 89112-0037 |

| District/off: 0978-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: odeter | Total Noticed: 91 |

| Recip ID | Bypass | Address/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 12095291 | + | Email/Text: bankruptcy@sw-credit.com | Oct 21 2023 00:30:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 12095293 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 21 2023 01:06:28 | Synchrony Bank/Care Credit, Acct No xxxxxxxxxxxx1407, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12095294 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 21 2023 01:28:20 | Synchrony Bank/Chevron, Acct No xxxxxxxxxxxx4537, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 12095304 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 21 2023 00:30:00 | Toyota Financial Services, Acct No xxxxxxxxxxxx0001, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 12095306 | ^ | MEBN | Oct 21 2023 00:23:55 | Toyota Motor Credit Corp/Mazda Financial, Acct No xxxxxx1390, Attn: Bankruptcy, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 12095311 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 21 2023 00:42:51 | Wells Fargo Dealer Services, Acct No xxxxxxxx1761, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 12095312 |   | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 21 2023 01:06:57 | Wells Fargo NA, Overdraft Collection and Recovery, PO Box 5058, Portland, OR 97208-5058 |
| 12095314 | + | Email/Text: ebn@wfcorp.com | Oct 21 2023 00:30:00 | Williams & Fudge, Inc., Acct No xxxxx3914, P.O. Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | MARIJA MINIC |
| 12095219 | *+ | America First Credit U, Acct No xxxxxxxxxxxxxxxxxxxx0108, 1344 West 4675 South, Ogden, UT 84405-3690 |
| 12095230 | *+ | Chrysler Capital, Acct No xxxxxxxxxxxxx1000, Po Box 961211, Fort Worth, TX 76161-0211 |
| 12095305 | *+ | Toyota Financial Services, Acct No xxxxxxxxxxxx0001, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 12095308 | *+ | Twain Apartment Venture d/b/a Jade, 3150 W. Twain Ave., Las Vegas, NV 89103-1914 |
| 12095264 | ##+ | Jose Irizarry, 5215 Gray Ln, Apt. B, Las Vegas, NV 89119-4845 |
| 12095299 | ##+ | The Pala Group, c/o Dongil, LLC, 8685 W. Sahara Ave., Ste. 240, Las Vegas, NV 89117-5880 |
| 12095297 | ##+ | The Pala Group, c/o J Iceton, 8685 W. Sahara Ave., Ste. 240, Las Vegas, NV 89117-5880 |
| 12095296 | ##+ | The Pala Group, c/o Herbert Huand and Vanessa Huang, 8685 W. Sahara Ave., Ste. 240, Las Vegas, NV 89117-5880 |
| 12095301 | ##+ | The Pala Group, c/o Robert Babbage, 8685 W. Sahara Ave., Ste. 240, Las Vegas, NV 89117-5880 |
| 12095300 | ##+ | The Pala Group, c/o Timothy Kwak, 8685 W. Sahara Ave., Ste. 240, Las Vegas, NV 89117-5880 |
| 12095298 | ##+ | The Pala Group, c/o Robert Babbage III, 8685 W. Sahara Ave., Ste. 240, Las Vegas, NV 89117-5880 |

TOTAL: 1 Undeliverable, 4 Duplicate, 7 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2023          Signature:     /s/Gustava Winters

| District/off: 0978-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: odeter | Total Noticed: 91 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BORIS A AVRAMSKI | on behalf of Debtor MATTHEW JAMES WALKER boris@marathonlawgroup.com patricia@marathonlawgroup.com;r45118@notify.bestcase.com |
| PAUL ROWLAND GRAFF | on behalf of Creditor MARIJA MINIC rgraff@crdslaw.com attorneygraff@gmail.com |
| TROY S. FOX | TrusteeFox@ficlegal.com NV34@ecfcbis.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 4

NVB 521 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  

MATTHEW JAMES WALKER

          Debtor(s)

BK−23−14427−abl  
CHAPTER 7

ORDER REGARDING  
AUTOMATIC DISMISSAL UNDER  
11 U.S.C. SECTION 521(i)

The Court has reviewed the file in this case and has determined that the debtor (see note below) has complied with the information filing requirement of 11 U.S.C. Section 521(a)(1) and LR 4002.1. Accordingly,

**IT IS ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. Section 521(i)(1) or (2).

2. If any party in interest has any reason to contest the Court's finding that this case is not subject to automatic dismissal under 11 U.S.C. Section 521(i), that party shall:

   (a) File a Motion for Reconsideration not later than **10** days from the date of the entry of this order. The motion should specifically identify the information and document(s) required by 11 U.S.C. Section 521(a)(1) that the debtor has failed to file.

   (b) Comply with the provisions of LR 9014 and obtain a hearing date and time.

   (c) Serve such motion and notice of hearing on the trustee, debtor and debtor's counsel, if any.

   (d) File a Certificate of Service of the motion and notice of hearing within two business days of filing the motion.

Dated: 10/20/23

*Mary A Schott*

Mary A. Schott  
Clerk of Court